```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

HASSON WILSON,

                            Plaintiff,

    -v-                                          9:19-CV-420
                                                 (DNH/CFH)


SNYDER, Deputy of Security, Marcy
Correctional Facility,

                            Defendant.

---------------------------------

APPEARANCES:                                OF COUNSEL:

HASSON WILSON
Plaintiff pro se
18-A-1132
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

HON. LETITIA JAMES                          KONSTANDINOS D. LERIS, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge
```

## DECISION and ORDER

Pro se plaintiff Hasson Wilson brought this civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2019, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendant's unopposed motion for summary judgment be granted for failure to exhaust administrative remedies. Plaintiff

timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion for summary judgment is GRANTED; and

2. Plaintiff's complaint is DISMISSED in its entirety with prejudice.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: March 9, 2020
       Utica, New York.